UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERNA SCHULTE,<br>     Plaintiff,<br><br>-against-<br><br>CERNER CORPORATION; WILLIAM D. ZOLLARS; DAVID FEINBERG, GERALD BISBEE, JR.; MITCHELL E. DANIELS, JR.; JULIE L. GERBERDING; ELDER GRANGER; JOHN GREISCH; MELINDA J. MOUNT; GEORGE A. RIEDEL; and R. HALSEY WISE,<br>     Defendants. | **ORDER**<br><br>22 Civ. 731 (ALC) |

PAUL G. GARDEPHE, U.S.D.J.:

   Per the April 8, 2022 Joint Stipulation and Scheduling Order entered in this case, this case was re-assigned to Judge Carter. (Dkt. No. 10) Accordingly, the initial pre-trial conference scheduled to take place before Judge Gardephe on May 19, 2022 (see Dkt. No. 6) is adjourned sine die.

Dated: New York, New York
   May 13, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge